UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                )
                                      )
**Melanie Barlow Munro,**             )     CASE NO. **17-10654-WHD**
                                      )
                                      )
                                      )
                                      )
    DEBTOR.                           )     CHAPTER 13

### NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
### MOTION OBJECTING TO DEBTOR'S DISCHARGE

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee in this case has filed a Motion Objecting to Debtor's Discharge. All objections must state the grounds therefor and must be filed no later than seven (7) days prior to the date of the hearing set below, and must be filed with the

> Clerk, United States Bankruptcy Court
> 18 Greenville Street, 2nd Floor
> Newnan, GA 30263

and a copy served upon the Chapter 13 Trustee

> Adam M. Goodman
> 260 Peachtree Street, Suite 200
> Atlanta, GA 30303

**Hearing will be held** on **June 08, 2017**, at 9:20 a.m. at the United States Courthouse, 2nd Floor Courtroom, 18 Greenville Street, Newnan, GA 30263.

This the ___5___ day of May, 2017

/s/ Goodman
Adam M. Goodman
GA Bar No. 300887
Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Ph. 678-510-1444
FAX 678-510-1450

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN: RE: ) | |
| ) | CHAPTER 13 |
| ) | |
| Melanie Barlow Munro ) | CASE NO. 17-10654-WHD |
| ) | |
| ) | |
| DEBTOR. ) | |

**MOTION OBJECTING TO DEBTOR'S DISCHARGE**

COMES NOW Adam M. Goodman, Chapter 13 Trustee in the above-referenced case, and files this Motion Objecting to Debtor's Discharge and shows the Court the following:

1.

Debtor filed this Chapter 13 case on March 27, 2017.

2.

Debtor filed Chapter 7 case number 13-12784-WHD on November 4, 2013. Debtor received a discharge in that case on February 20, 2014. From the filing date of the previous case to the filing date of the present case it has been less than four (4) years. Thus, pursuant to 11 U.S.C. § 1328(f)(1), it does not appear that Debtor is eligible to receive a discharge in this case.

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Honorable Court enter an order granting Trustee's Motion and find that Debtor shall not receive a discharge in this case, and for such other and further relief as this Court deems just and proper.

/s/ Adam M. Goodman
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE: )
)
**Melanie Barlow Munro,** ) CASE NO. **17-10654-WHD**
)
)
)
DEBTOR. ) CHAPTER 13

### CERTIFICATE OF SERVICE

This is to certify that I have this day served:

DEBTOR:

    Melanie Barlow Munro
    3044 Summer Breeze Dr.
    Villa Rica, GA  30180

DEBTOR ATTORNEY:

    Howard P. Slomka
    Slomka Law Firm
    2Nd Floor
    1069 Spring Street, Nw
    Atlanta, GA  30309

AND ALL CREDITORS ON THE ATTACHED MATRIX

with a copy of the foregoing of this pleading by depositing same in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: May 5, 2017

/s/ _____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303

| | |
|---|---|
| U. S. ATTORNEY<br>600 RICHARD B. RUSSELL BLDG.<br>75 TED TURNER DRIVE, SW<br>ATLANTA GA  30303-3315 | HOWARD P. SLOMKA<br>SLIPAKOFF & SLOMKA, PC<br>SUITE 200<br>ATLANTA GA  30309-3817 |
| GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA  30345-3202 | TANNER HEALTH SYSTEM<br>PO BOX 277368<br>ATLANTA GA  30384-7368 |
| PATRICIA COOK<br>135 DEER PARK DRIVE<br>CARROLLTON GA  30116-1231 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE NC  28272-1083 |
| TANNER MEDICAL GROUP<br>PO BOX 896096<br>CHARLOTTE NC  28289-6096 | REGIONAL ACCEPTANCE<br>2300 PLEASANT HILL RD<br>DULUTH GA  30096-1703 |
| ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE FL  32256-7412 | FIRST FINANCIAL ASSET<br>3091 GOVERNORS LAKE DRIVE<br>NORCROSS GA  30071-1135 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA  19101-7346 | CAPITAL ONE<br>PO BOX 30285<br>SALT UT  84130-0285 |
| SIMPLE RTO LLC<br>9815 S MONROE ST<br>4TH FLOOR<br>SANDY UT  84070-4296 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD  57104-4868 |
| VICK HARRISON<br>301 THREE WEST PARKWAY<br>VILLA GA  30180-0180 | CENTER FOR ALLERGY & ASTHMA<br>690 DALLAS HWY<br>SUITE 101<br>VILLA RICA GA  30180-1262 |

17-10654-WHD

CERTIFICATE OF MAILING

WILKES FINANCE

112 HWY 61
S CONNECT SUITE 15
PO BOX 1705
VILLA RICA GA  30180-6426

MELANIE BARLOW MUNRO

3044 SUMMER BREEZE DR.
VILLA RICA GA  30180-6959

REGIONAL ACCEPTANCE CORPORATION

PO BOX 1847
WILSON NC  27894-1847

MELANIE BARLOW MUNRO
3044 SUMMER BREEZE DR.
VILLA RICA, GA  30180

HOWARD P. SLOMKA

SLOMKA LAW FIRM
2ND FLOOR
1069 SPRING STREET, NW
ATLANTA, GA  30309